UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RYAN CHARLES HURST** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-662** |
| **TANNER CODY HURST** | **SECTION: "T" (4)** |

## ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 9), and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Ryan Charles Hurst's § 1983 claims against Defendant Tanner Cody Hurst are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and §1915A as frivolous and for failure to state claim for which relief can be granted.

New Orleans, Louisiana, this 3rd day of August, 2023.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**